■ The People of the State of New York, Respondent, v Francis S. Smith, Also Known as Francis Smith, Appellant. (Appeal No. 2.) [995 NYS2d 529]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 2, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Smith* ([appeal No. 1] 122 AD3d 1420 [Nov. 21, 2014]). Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Valentino, JJ.